In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-321 CR


____________________



DERREK JOSEPH HERNANDEZ, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 76924






MEMORANDUM OPINION


 Derrek Joseph Hernandez pleaded guilty to aggravated assault pursuant to a plea
bargain. The trial court deferred adjudication, placed Hernandez under community
supervision and assessed a fine of one thousand dollars. Subsequently, the State moved
to adjudicate guilt. Hernandez pleaded true to the allegations in the State's motion. The
trial court found Hernandez guilty and sentenced him to ten years' confinement in the
Texas Department of Criminal Justice, Institutional Division. Hernandez filed a general
notice of appeal. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On December 12, 2002,
Hernandez was given an extension of time in which to file a pro se brief. Hernandez filed
a brief which only requests that we reverse the judgment and give him another opportunity
to attend a substance abuse program.

 The general notice of appeal filed by Hernandez failed to invoke our appellate
jurisdiction. See Tex. R. App. P. 25.2(b)(3); Vidaurri v. State, 49 S.W.3d 880, 883-85
(Tex. Crim. App. 2001). We have reviewed the clerk's record and the reporter's record,
and find no arguable error requiring us to order appointment of new counsel. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Hernandez raises no
arguable issue for review. See Tex. R. App. P. 33.1. Accordingly, we dismiss the appeal
for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM

Submitted on March 28, 2003 

Opinion Delivered April 9, 2003

Do not publish 


Before McKeithen, C.J., Burgess, and Gaultney, JJ.